# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Hon. Katharine S. Hayden |
| v. : | |
| : | Crim. No. 09-079 (KSH) |
| ABDIN REED : | |
| : | DETENTION ORDER |

    This matter having been opened to the Court on motion of the United States, by Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (Brooke E. Carey, Assistant United States Attorney, appearing), in the presence of Abdin Reed (Samuel R. Deluca, Esq., appearing) for an order pursuant to Title 18, United States Code, Section 3142(e) to detain defendant Abdin Reed without bail pending trial in the above-entitled matter, and the Court having addressed bail at a violation of conditions hearing held on July 14, 2009 the Court makes the following findings:

    1. On February 9, 2009, a five-count Indictment was filed against defendant Abdin Reed. Count One charges the defendant with knowingly and intentionally conspiring and agreeing with others to distribute and possess with intent to distribute 100 grams or more of a mixture or substance containing heroin, contrary to Title 21, United States Code, Section 841(a)(1) and (b)(1)(B) and in violation of Title 21, Title 21 United States Code, Section 846. The minimum term of imprisonment for the offense charged is 5 years and the maximum is 40 years. Counts Two through Five charge the defendant with distributing and possessing with intent to distribute a quantity of a mixture or substance containing heroin, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C). The maximum term of imprisonment for Counts Two through and Five is 20 years.

    2. Having considered the factors set forth in Title 18, United States Code, Section 3142(g), including the substantial penalties faced by defendant, the Court finds that no condition or combination

of conditions will reasonably assure the appearance of defendant Abdin Reed as required.

3. Having considered the factors set forth in Title 18, United States Code, Section 3142(g), the Court further finds that no condition or combination of conditions will reasonably assure the safety of the community.

IT IS, therefore, on this ___16___ day of July, 2009

ORDERED that the motion of the United States for an order detaining defendant Abdin Reed without bail pending trial is hereby granted without prejudice to defendant Abdin Reed to file a motion for reconsideration, and defendant Abdin Reed is hereby ordered detained pending trial in the above-entitled matter; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142, that defendant Abdin Reed be committed to the custody of the Attorney General or his authorized representative pending trial; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that defendant Abdin Reed be confined in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that defendant Abdin Reed  be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, defendant Abdin Reed  shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings.

_____
HONORABLE KATHARINE S. HAYDEN
United States District Judge